| PROB 22<br>(Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)*<br>2:02-cr-004-PMP-PAL |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br><br>Daniel England<br>Western District of Michigan | DISTRICT<br><br>NEVADA | DIVISION<br><br>U.S. Probation Office |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br><br>Philip M. Pro | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>06/09/09 | TO<br>06/08/13 |

| OFFENSE |
|---|
| 18 USC 1344   Bank Fraud<br>18 USC 371   Conspiracy (to Commit Bank Fraud) |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  DISTRICT OF NEVADA

　　　　IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>Western District of Michigan</u> upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| January 12, 2011 | *(signature)* Philip M. Pro |
|---|---|
| *Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>WESTERN</u> DISTRICT OF <u>MICHIGAN</u>

　　　　IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| Effective Date | United States District Judge |
|---|---|